No. 21,949.

EARL OSWALD, *Appellee,* v. THE ST. JOSEPH & GRAND ISLAND RAILWAY COMPANY, *Appellant.*

SYLLABUS BY THE COURT.

APPEAL—*Question of Costs Only—Appeal Dismissed.* A landowner, on appeal from an award of condemnation commissioners, recovered the exact amount of the award. The trial court refused to retax the costs, amounting to $125, to the plaintiff, and the railway company seeks to appeal. *Held,* that the appeal will not lie. (Civ. Code, § 566, Gen. Stat. 1915, § 7470.)

Appeal from Washington district court; JOHN C. HOGIN, judge. Opinion filed February 8, 1919. Dismissed.

*A. J. Freeborn,* of Washington, *Robert A. Brown,* and *Richard L. Douglas,* both of St. Joseph, Mo., for the appellant.

*J. F. Thompson,* of Washington, for the appellee.

The opinion of the court was delivered by

WEST, J.: The plaintiff appealed from the award of commissioners appointed by the district court to condemn a certain ground for depot purposes, and recovered exactly the same amount awarded him by the commissioners. The railroad company moved to retax the costs amounting to $125, and from an order overruling this motion, it appeals.

While the motion should have been granted, an appeal cannot be had on a mere matter of costs. (Civ. Code, § 566, Gen. Stat. 1915, § 7470; *Richmond v. Brummie,* 52 Kan. 247; 34 Pac. 783; *Hazelwood v. Mendenhall,* 97 Kan. 635, 156 Pac. 696; *Shannon v. Abrams,* 98 Kan. 26, 157 Pac. 449.)

It is also our duty to decline the assumption of jurisdiction, although the point is not raised by the parties. (*Skoin v. Limerick,* 50 Kan. 645, 31 Pac. 1051.)

The appeal is dismissed.